UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVINCENT ALLAN-LELAND MCFARLIN,
SR, *et al.*

      Plaintiffs,

v.

CITY OF WAYNE, *et al.*,

      Defendants.

_____/

Case No. 25-13789

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MARCH 4, 2026
REPORT AND RECOMMENDATION (ECF No. 15)**

Currently before the court is Magistrate Judge David R. Grand's March 4, 2026, Report and Recommendation.  (ECF No. 15).  Magistrate Judge Grand recommends denying Defendant's motion to dismiss without prejudice.  *Id*.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 95) and **ORDERS** that Defendant's motion to dismiss (ECF No. 7) is **DENIED** without prejudice.  In a related matter, the court ordered that the instant matter be consolidated with Case No. 25-13832.  (*See* Case No. 25-13832, ECF No. 17).  In the event that this matter or Case No. 25-13832 does not settle, *see* Text Only entry dated 3/27/26, Plaintiffs must file a single amended complaint in this case by April 21, 2026.

> **SO ORDERED**.

Date: April 17, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

2